UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON EDWARD WILLIAMS,<br>   Plaintiff,<br><br>  v.<br><br>OFFICER J. PHILLPS,<br>OFFICER GEORGE CROAK, and<br>BUCKS COUNTY PREA,<br>   Defendants | No. 2:17-cv-04291 |

**O R D E R**

**AND NOW**, this 12th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Bucks County PREA's Motion to Dismiss, ECF No. 18, is **GRANTED**.

2. Bucks County PREA is **TERMINATED** as a party to this action.

            BY THE COURT:


            */s/ Joseph F. Leeson, Jr.*
            JOSEPH F. LEESON, JR.
            United States District Judge