UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON EDWARD WILLIAMS,<br>   Plaintiff,<br><br>  v.<br><br>OFFICER J. PHILLPS,<br>OFFICER GEORGE CROAK, and<br>BUCKS COUNTY PREA,<br>   Defendants | No. 2:17-cv-04291 |

**O R D E R**

**AND NOW**, this 20th day of April, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**: Defendant Croak's Motion to Dismiss, ECF No. 25, is **DENIED**.

               BY THE COURT:


               */s/ Joseph F. Leeson, Jr.*
               JOSEPH F. LEESON, JR.
               United States District Judge